Stubbins, Watson & Bryan Co., L.P.A.
59 N. 4th Street
P.O. Box 488
Zanesville, OH 43701-0488

Invoice submitted to:
Clyde Hardesty, Trustee
P.O. Box 731
Newark, OH 43055

7-Jun-13

In Reference To:      MCCARTY/Bankruptcy Estate

Invoice #35766

| | | | **Professional Services** | **Hourly** |
|---|---|---|---|---|
| 6/20/2012 | | BAS | Phone conference with Trustee regarding serving as Special Counsel, work on Application, review Schedules, preparation of letters to local banks. | 2.50 |
| 6/21/2012 | | BAS | Revise Affidavit to include full explanation of conflict to give Court full knowledge of Alfman representation, explaining Ohio Estate procedures and an absence of discretion. | N/C |
| 6/22/2012 | | BAS | Revise and circulate Application to Employ and proposed Order to Trustee for review. | N/C |
| | | BAS | Third set of revisions to Affidavit. | N/C |
| 6/24/2012 | | BAS | E-mails to and from Trustee and Debtors' Counsel regarding Agreed Order. | 0.10 |
| 6/25/2012 | | BAS | Revise letter to banks, e-mail to Trustee for approval. | 0.90 |
| 6/29/2012 | | BAS | Final revisions, proof, complete and personally upload Application to Employ with Affidavit, Proposed Agreed Order, and email, task to upload Order. | N/C |
| 7/11/2012 | | BAS | Attend 341 Meeting, receive Deeds and Mortgages for review, divide into categories, instructions for Michelle Hampton to review acknowledgement clauses. | 2.00 |
| 7/24/2012 | | MWS | Receive Order approving Employment as Special Counsel. | N/C |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/24/2012 | BAS | Phone conference with Trustee to discuss real estate listing agent - Shirley McCollister - explain approach, advertising, signage, not Carol Goof because of the Prindles - Trustee's direction, phone conference with Shirley, set appointment | 1.00 |
| | KSW | Discussion with Brent Stubbins regarding his appoinment as Special Counsel in McCarty Bankruptcy Petition, as necessary for real estate listings; review of mortgage list for Alfman Estate Inventory. | 1.10 |
| 7/26/2012 | KSW | Office conference with Brent Stubbins and Shirley McCollister to discuss listing McCarty properties. | 1.00 |
| | BAS | Preparation of Application to Employ and Affidavit for Shirley McCollister, review, edit, email to Shirley for review and signing. | 2.20 |
| 7/30/2012 | BAS | Mail Application to Employ and Affidavit for Shirley McCollister to Service List. | N/C |
| 8/15/2012 | BAS | Preparation of Support Document to Application to Employ McCollister, upload to Pacer, mail to service list. | N/C |
| 8/24/2012 | BAS | Review, check ECF noticing, upload Order on realtor. | N/C |
| 9/6/2012 | NKW | Review voicemail from Shirley McCollister regarding Order granting Application to Employ, looked on Pacer and it was approved 9/4/12, emailed Brent Stubbins that it was approved but we were not noticed, prepared Notice of Appearance and Request for Service, uploaded to Pacer, called Shirley with approval, mailed Notice of Appearance to Service to Service List. | N/C |
| 9/24/2012 | BAS | Letter to Lloyd Cohen regarding walk through of properties to be sold by Shirley McCollister, enclosed copy of decision by Judge Preston determining Trustee could get to assets of an entity by virtue of exercising his authority as representative of Debtor. | 1.00 |
| 10/4/2012 | BAS | E-mail to Shirley McCollister, confirmation walk through of properties. | 0.20 |
| 10/5/2012 | BAS | Receive and review email from Neley, voice message to Neley to have Shirley move forward and contact Mr. McCarty directly to set up day and time to walk through the properties. | 0.10 |
| 10/15/2012 | BAS | Prepare Supplemental Affidavit of Susan McCollister, revise Affidavit, email to Shirley for Susan to approve and sign. | N/C |
| | BAS | Receive, review, and make revisions to Listing Agreement, Motion to Sell Free and Clear of Liens Template. | 1.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/16/2012 | NKW | Receive email from Susan McCollister with changes to the Supplemental Affidavit, made changes and emailed back to Susan for approval and signature, copy to Brent Stubbins and Trustee. | N/C |
| 10/24/2012 | BAS | Letter to Jim and Catherine Kopcho regarding Land Contract. | 0.50 |
| 10/26/2012 | NKW | Receive phone call from Jim Kopcho regarding the Land Contract, they are very interested in keeping the property and will go through their bank statements this weekend and provide payment history to Brent Stubbins by the first of the week. | 0.20 |
| 11/1/2012 | BAS | Review property on Old Stagecoach Rd., question about whether parcel exists, the Auditor's Records show a 3.40 acre parcel with a $210,000 mortgage, but it is not clear from the original 229 acre parcel whether this has been subsumed in other Real Estate conveyed by Crimson King Farms, LLC, memo to Kyle Witucky to do Tile Exam after Brent Stubbings initial review of Real Estate records. | 0.70 |
| 11/16/2012 | BAS | Telephone call from Jim Kopcho regarding Land Contract, will be providing to bank and checking account records on Monday. | 0.20 |
| 11/21/2012 | BAS | Prepare and revise Motion to Limit Notice to Parties. | 0.80 |
| | BAS | Bernice Mozena (454.1092) Don, her husband was a worker for Tri-Valley Builders, question about filing Proof of Claim, timelines, method, refer Bernice to Bankruptcy Court website for form and instructions. | N/C |
| 1/11/2013 | BAS | Telephone call Matt Dixon, Orders on Motion to Sell Free and Clear of Liens will not be signed by Judge Preston unless they are wholly owned by the individual Debtor, letter to McCollisters, letters to Adam Barclay and Bill Merry. | N/C |
| 1/23/2013 | BAS | Letter to Lloyd Cohen regarding Assignments of Membership Interest for Crimson King Farms and Tri-Valley Builders to the Trustee, prepare two Assignments of Membership Interest, email to Lloyd, copy to Trustee. | 0.30 |
| 1/25/2013 | BAS | Telephone call Trustee, revisions to letter to Lloyd Cohen, email letter to Lloyd, letter to Shirley McCollister with copy of letter that was emailed to Lloyd. | 0.40 |
| 1/29/2013 | BAS | Telephone call Lloyd Cohen, follow up telephone call with Trustee regarding State Court Dissolutions and Debtors consent, work on Motion and Agreed Order. | 2.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2/1/2013 | BAS | Preparation of Application to Employ Brad Wolfe as Accountant for the Bankruptcy Estate. | 1.00 |
| 2/5/2013 | BAS | Prepare Trustee's Motion for Turnover with consent of Debtors and their Counsel to turnover Membership and Stock Interests in Crimson King Farms and Tri-Valley Builders to Trustee, Agreed Order Granting Motion for Turnover, revisions to both Motion and Agreed Order, email to Trustee and Debtors Counsel. | 1.00 |
| 2/6/2013 | BAS | Receive email approval from Trustee regarding the Motion for Turnover and Agreed Order. | N/C |
| 2/8/2013 | BAS | E-mail to Lloyd Cohen regarding Motion for Turnover, asking if any questions. | N/C |
| 2/11/2013 | BAS | Telephone call Eric Vorys requesting a status update on the Motion for Turnover, telephone call Lloyd Cohen to confirm receipt of last weeks email, email was received and Lloyd has spoken with McCartys, they are on board, he is awaiting a phone call from CPA so the McCartys are fully informed on what they are agreeing to, he will be back in touch with us by Friday. | 0.20 |
| 2/28/2013 | BAS | Given Agreed Order requirement for preparation of tax returns, receive email from Lloyd Cohen regarding 2011 Company Tax Returns, plus 2012 income and expense records for Tri-Valley Builders and Crimson King Farms, 2nd email from Lloyd regarding property listed in McCarty's names individually. | N/C |
| 3/13/2013 | BAS | Receive and review email letter from Lloyd Cohen and attached Income and Expense Statement. | N/C |
| 3/15/2013 | BAS | Forward email from Lloyd Coen to Brad Wolfe requesting that he sign the Affidavit to Employ and return it or call. | 0.10 |
| 3/18/2013 | BAS | Receive signed Affidavit from James B. Wolfe, revisions to Application to Employ, email Application and Affidavit to Trustee to review and approve, receive approval from Trustee to upload Application to Employ James B. Wolfe as CPA. | 0.20 |
| | BAS | E-mail to Lloyd Cohen, Trustee will agree that scrap owned by Debtors may be sold but only if proceeds are split with estate, as for 3 properties, same arrangement on any rent, on Land Contract property, Vendee has called and has certain rights, email to Shirley and Susan regarding Receivership. copy to Trustee and Mark Watson, receive and review reply email from Susan McCollister. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 3/19/2013 | BAS | Receive, review and respond to email from Kristen Dankert that was forwarded by Mark Stubbins regarding the Claims Bar Deadline and total amount of unsecured debt. | N/C |
| | BAS | Receive reply email from Lloyd Cohen regarding McCarty owned property evictions, asking for an allowance for the offset of major expenses, McCarty has engaged Baldwin for the land contract eviction, forward email to Trustee. | 0.10 |
| 3/22/2013 | BAS | Complete Agreed Order Motion for Turnover. | 0.20 |
| 3/26/2013 | BAS | Receive email from Susan McCollister regarding the letter forwarded to her from Mary Krasovic, has interest in Stone Creek Circle property, looking for timeline should they receive an offer, respond to Susan, properties owned individually by Debtor so 24 day notice will apply, Bank will need time to consider short sale. | 0.20 |
| | BAS | Receive email from Susan McCollister regarding 2650 Stone Creek Circle, property has been winterized, the gas turned off and locks changed except for front door which still has lockbox, electric is still on, but has been taken out of McCollister & Associates name, sign up sheet posted on wall for anyone entering the property, sticker placed across electric panel not to open without authorization, typical of a foreclosure. | 0.10 |
| | BAS | E-mail to Lloyd Cohen regarding telephone call from Matt Dixon, Judge is concerned about "res judicata" issue with IRS, made revisions to Agreed Order clause #1 and #3, request Lloyd to review and advise so that we may upload a revised order. | 0.30 |
| 3/27/2013 | BAS | E-mail reply from Lloyd Cohen stating he will confer with his client and reply soon. | 0.10 |
| 4/9/2013 | BAS | Receive, review and rely to email from Lloyd Cohen regarding his client signing the Agreed Order, request to clarify Paragraph #3. | 0.10 |
| 4/11/2013 | BAS | Receive and review offer for 2650 Stone Creek in the amount of $200,000.00 from Sara and Scott Paul, letter to Craig Spadafore, Michael Carleton and David Hanson of Manley, Deas, Kochalski, LLC, Counsel for CitiMortgage, Inc. regarding possibility of Short Sale. | 0.40 |
| 4/12/2013 | BAS | Revisions to letter to Counsel in foreclosure on 2650 Stone Creek Circle, scan and email letter and offer to Trustee for review and approval. | 0.20 |
| 4/15/2013 | BAS | Receive email approval from Trustee regarding $200,000.00 offer on | 0.20 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | 2650 Stone Creek Circle, revisions to letter to Counsel in foreclosure case, email and fax letter and offer to Counsel. |  |
| 4/16/2013 | NKW | E-mail to Lloyd Cohen requesting the status of the Agreed Order, tax time has passed, receive reply from Lloyd that he has reminded his clients to sign and return the Order, he will be out of town until April 21st to attend son's wedding, respond that the McCarty's can send their signatures directly to our office, request authorization to sign his name to the Order so that the process may begin. |  | 0.20 |
| 4/18/2013 | BAS | Receive Agreed Order Granting Motion for Turnover. |  | 0.10 |
| 4/22/2013 | BAS | Follow up letter to Craig Spadafore, Michael Carleton and David Hanson, Counsel representing CitiMortgage, regarding the Motion to Sell Free and Clear of Liens for property located at 2650 Stone Creek Circle, Zanesville, OH 43701, revisions to Motion to Sell Free and Clear, attach Motion to follow up letter. |  | 0.30 |
| 4/23/2013 | BAS | Telephone call from Shirley that the offer on 2650 Stone Creek Circle has been withdrawn, email to Mary Krasovic letting her know and asking her to call when she can discuss this. |  | 0.20 |
| 6/13/2013 | BAS | Receive and review email from Jack Day regarding Debtor's residence (4155 Gorsuch Road, Nashport, OH 43830), reply asking that his client (Ocwen) make an offer to the Bankruptcy Estate to buy it back free and clear of liens. |  | 0.20 |
|  |  | **For professional services rendered** |  | **23.80** |

**Additional Charges:**

7/20/2012  Advanced expense for copies to mail Application to Employ.

Advanced expense for postage to mail Application to Employ.

8/15/2012  Advanced expense for postage

Advanced expense for copies.

9/6/2012  Advanced expense for copies.

Advanced expense for postage.

11/21/2012  Advance expense for copies of Motion to Limit Notice to Parties (728 pages)

Advance expense for postage to mail Motion to Limit Notice to Parties.

        Advanced expense for copies of Support Documentation to mail to Service List.

        Advanced expense for postage to mail Support Document to Service List.

        Advanced expense for copies to mail Order to Limit Notice.

        Advanced expense for postage to mail Order to Limit Notice.

3/18/2013    Advance expense for copies of Application to Employ James B. Wolfe as CPA to mail to Service List.

        Advance expense for postage to mail Application to Employ James B. Wolfe as CPA to Service List.

        Total additional charges

        **Total amount of this bill**

| Amount |
| --- |
| $ 812.50 |
| $    - |
| $    - |
| $    - |
| $  32.50 |
| $ 292.50 |
| $    - |
| $ 650.00 |
| $    - |

$ 325.00

$ 324.50

$ 295.00

$ 671.00

$ -

$ -

$ -

$ -

$ 325.00

$ 65.00

$ 32.50

$ -

$ 325.00

$       -

$   162.50

$    29.00

$   227.50

$    65.00

$   260.00

$       -

$       -

$    97.50

$   130.00

$   650.00

$ 325.00

$ 325.00

$   -

$   -

$ 65.00

$   -

$   -

$ 32.50

$ 65.00

$ 65.00

$    -

$    32.50

$    32.50

$    65.00

$    32.50

$    97.50

$    32.50

$    32.50

$    130.00

$    65.00

$    65.00

| | |
|---|---|
| $ | 29.00 |
| $ | 32.50 |
| $ | 97.50 |
| $ | 65.00 |
| $ | 65.00 |
| **$** | **7,523.50** |
| $ | 2.00 |
| $ | 1.35 |
| $ | 1.35 |
| $ | 4.00 |
| $ | 8.00 |
| $ | 1.80 |
| $ | 362.00 |
| $ | 81.45 |

| | |
|---|---:|
| $ | 27.00 |
| $ | 3.60 |
| $ | 2.00 |
| $ | 0.90 |
| $ | 9.00 |
| $ | 2.76 |
| $ | 507.21 |
| **$** | **8,030.71** |