# Stubbins, Watson & Bryan Co., L.P.A.

Attorneys at Law

Stubbins, Watson & Bryan Co., L.P.A.  P: 740-452-8484
59 North Fourth Street  F: 740-455-4124
P.O. Box 488  www.zanesville.law.pro
Zanesville, OH 43702-0488  Fed. ID 31-1178954

Invoices Due Upon Receipt

Hardesty  January 08, 2016
P.O. Box 731  Invoice No:    371062
Newark, Ohio 43055

## REMITTANCE PAGE

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

RE:        Hardesty/McCarty
MATTER #:  2149-004

Including the Following Itemized Services Through   January 08, 2016

STATEMENT OF ACCOUNT

| | |
|---|---:|
| FEES FOR SERVICES | $13,091.75 |
| ADVANCED EXPENSES | $643.02 |
| PREVIOUS BALANCE | $8,030.71 |
| **TOTAL AMOUNT DUE** | **$21,765.48** |

AGING OF ACCOUNT

| <=30 | <=60 | <=90 | <=120 | > 120 | TOTAL |
|---|---|---|---|---|---|
| $13,734.77 | $0.00 | $0.00 | $0.00 | $8,030.71 | $21,765.48 |

---

**ACCOUNTS RECEIVABLE**

**Stubbins, Watson & Bryan Co., L.P.A.**
**P.O. Box 488**
**Zanesville, OH 43702-0488**

# Stubbins, Watson & Bryan Co., L.P.A.
### Attorneys at Law

Stubbins, Watson & Bryan Co., L.P.A.
59 North Fourth Street
P.O. Box 488
Zanesville, OH 43702-0488

P: 740-452-8484
F: 740-455-4124
www.zanesville.law.pro
Fed. ID 31-1178954

Invoices Due Upon Receipt

Hardesty
P.O. Box 731
Newark, Ohio 43055

January 08, 2016
Invoice No:        371062

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS:

RE:        Hardesty/McCarty
MATTER #:        2149-004

Including the Following Itemized Services Through    January 08, 2016

| STATEMENT OF ACCOUNT | | |
|---|---|---:|
| | FEES FOR SERVICES | $13,091.75 |
| | ADVANCED EXPENSES | $643.02 |
| | PREVIOUS BALANCE | $8,030.71 |
| | **TOTAL AMOUNT DUE** | **$21,765.48** |

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| Jul-01-13 | BAS | Receive and review email from Susan McCollister regarding McCarty's residence | 0.10 | hours at | $325.00 /hr | $32.50 |
| Jul-08-13 | BAS | Receive email from Mary Krasovic, requesting information on Receivership, instructions for Neley to add Mary to the Service List, email Receivership documents to Mary, receive 2nd email from Mary that she is checking on 7074 Eaglepoint Drive, 6595 Old Stage Coach,adn 2650 Stone Creek Circle, instructions to Michelle to review the properties, reply to Mary to please allow us until first of week to review these properties and get back to her with Realtor's estimates and recommendations. | 0.30 | hours at | $325.00 /hr | $97.50 |
| Jul-09-13 | BAS | Receive and review email from Susan McCollister regarding detailed review of McCarty property located at 4155 Gorsuch Road, noticed there are two different acreage amounts that have been mortgaged. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Jul-16-13 | PLGL | Telephone call Shirley with questions regarding Stagecoach Road property currently under Land Contract, Shirley says Alan Wilson from Lepi & Associates may put in offer then continue Land Contract with Mr. Kopcho, researched and found there to be a Foreclosure pending in Muskingum County, discuss with Brent, receive, scan and email signed Amendatory Statements to Shirley and Susan McCollister | 0.20 | hours at | $145.00 /hr | $29.00 |
| Jul-17-13 | BAS | Telephone call with Shirley McCollister on July 10th to discuss Mccarty residence, telephone message to Trustee to call me, confirm Jon McCarty is in the property and needs to be advised by his Counsel as to the Trustee's right to get possession of the property for purposes of selling it, letter to Lloyd Cohen asking for information and explaining Trustee's position. | 0.50 | hours at | $325.00 /hr | $162.50 |
| | BAS | Research title matters on 3 properties and McCarty residence located at 4155 Gorsuch Road, 6595 Stagecoach Rd., 7074 Eaglepoint Drive, and 2650 Stone Creek Circle, email to Clyde to review and advise. | 0.70 | hours at | $325.00 /hr | $227.50 |
| Jul-18-13 | BAS | Dictate and revise letter to Lloyd Cohen, email to Trustee regarding how to deal with land, email to Jack Day regarding land and acreage. How did Debtors end up with 2.75 acre parcel with mansion and transfer 115.36 acres to her brother. Status of mortgage. | 1.70 | hours at | $325.00 /hr | $552.50 |
| | BAS | Email to Jack Day regarding McCarty residence requesting what Bank of America has as an Appraisal and disclosure of ownership of the adjacent acreage, is there a location survey, etc. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Jul-19-13 | BAS | Email to Shirley McCollister regarding 3 properties owned by McCarty in their name, do we have listing agreements for these properties? | 0.10 | hours at | $325.00 /hr | $32.50 |
| Jul-22-13 | BAS | Email to Mark Stubbins with attached letter to Lloyd Cohen regarding possible State Court fraudulent conveyance case, telephone call Clyde Hardesty, email to Lloyd Cohen regarding McCarty residence. | 0.30 | hours at | $325.00 /hr | $97.50 |
| Jul-26-13 | BAS | Receive and review email from Lloyd Cohen with update on tax returns and questions, reply email to Lloyd that we have advise Shirley McCollister to let us contact you on personal real estate, Jack Day contacted us with a request to send Clyde an abandonment so his client could foreclose, email to Shirley regarding 4 properties individually owned, request from Lloyd to speak with him directly about these properties and not to Jon. | 0.40 | hours at | $325.00 /hr | $130.00 |

| Date | Initials | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| Sep-19-13 | BAS | Receive and review email from Alicia Bragg (from Manley Deas) with requested payoffs for 7074 Eaglepoint and 2650 Stone Creek. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Oct-04-13 | BAS | Email to Shirley and Susan McCollister requesting the ability to more any of the following properties: 7074 Eaglepoint Drive, 6595 Old Stage Coach or 2650 Stone Creek Circle. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Nov-06-13 | PLGL | Telephone call Shirley McCollister, discuss 2650 Stone Creek, 6595 Old Stage Coach, and 7074 Eaglepoint, two are currently rented, the other, a renter just moved out and left the house a mess, Stone Creek property has been shown 3 times in last week, confident she will be able to get an offer soon, Stage Coach tenant claims they were purchasing on Land Contract and will not move until told by their legal counsel to do so, Eaglepoint tenant is moving at the end of the school year to California, is very difficult to work with as far as shows, etc., email to Brent detailing conversation with Shirley. | 0.30 | hours at | $145.00 /hr | $43.50 |
| Nov-13-13 | BAS | Review of 2650 Stone Creek, 6595 Old Stage Coach, and 7074 Eaglepoint, email to Mary Krasovic regarding possible Short Sale of Stone Creek and Eaglepoint properties. | 0.30 | hours at | $325.00 /hr | $97.50 |
|  | PLGL | Telephone call Shirley McCollister regarding 2650 Stone Creek offer of $145,000.00, counter back at $169,900.00, discuss 6595 Old Stage Coach and 7074 Eaglepoint, Jim Hardcastle is interested in purchasing 7074 Eaglepoint, Shirley to call. | 0.20 | hours at | $145.00 /hr | $29.00 |
| Dec-04-13 | BAS | Letter to Mary Krasovic regarding offer received on 2650 Stone Creek Circle, ask if CitiMortgage will consent to the Trustee selling the property and allow a 7% carve out for the real estate commission and a 10% carve out to the Bankruptcy Estate. | 0.20 | hours at | $325.00 /hr | $65.00 |
|  | PLGL | Receive counter offer from Shirley McCollister for 2650 Stone Creek Circle in the amount of $150,000.00, telephone call Shirley, suggests we counter back at $165,900.00 and no less. | 0.20 | hours at | $145.00 /hr | $29.00 |
| Dec-31-13 | PLGL | Receive and review email from Shirley McCollister requesting the status of 2650 Stone Creek and 7074 Eaglepoint offers, telephone call to Mary Krasovic, leave message, email to Mary fowarding copies of both offers, reply email to Shirley letting her know that we are still waiting for a reply from Mary's client. | 0.20 | hours at | $145.00 /hr | $29.00 |
| Jan-02-14 | BAS | Telephone call Mary Krasovic to discuss status of pending offers, leave voice message. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Jan-27-14 | BAS | Telephone call Trustee, discuss pending offers on 2650 Stone Creek and 6595 Old Stage Coach, Attorney Krasovic has been unable to obtain authorization from either bank to proceed with Short Sale, move forward and file Motions to Sell Free and Clear, and a Motion for Turnover and Possession of the rental property. | 0.75 | hours at | $325.00 /hr | $243.75 |
| Jan-29-14 | PLGL | Emails and telephone call with Shirley McCollister regarding 2650 Stone Creek and 7074 Eaglepoint Drive, confirm that offers are still valid, begin work on Motions to Sell Free and Clear of Liens. | 1.50 | hours at | $145.00 /hr | $217.50 |
| Feb-11-14 | GJS | Research 11 USC 363(f) case law regarding consent/lack of objection: In re Hanline, In re Shary, In re Burd, In re Fortran Printing, In re Novak, In re Pigg, etc.; draft 363 Memo to attach to Motion to Sell | 2.00 | hours at | $175.00 /hr | $350.00 |
| Feb-12-14 | GJS | Continue drafting 363 Memo | 2.50 | hours at | $175.00 /hr | $437.50 |
| Feb-13-14 | BAS | Revisions to Motion to Sell for 2650 Stone Creek Circle, research related cases, telephone call and emails with Shirley McCollister. | 0.30 | hours at | $325.00 /hr | $97.50 |

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| | GJS | Review 363 Memo per BAS comments; revise Motion to Sell | 0.50 | hours at | $175.00 /hr | $87.50 |
| Feb-14-14 | BAS | Receive email approval from Trustee on Motion to Sell 2650 Stone Creek Circle, save to file to attach to Motion once revised Purchase Contract is received. | 0.10 | hours at | $325.00 /hr | $32.50 |
| | BAS | Email correspondence with Stephanie Lawrence, buyer of 2650 Stone Creek Circle, addendum to purchase contract and earnest money to be held in Hardcastle Realty IOLTA account. | 0.30 | hours at | $325.00 /hr | $97.50 |
| Feb-18-14 | BAS | Telephone calls and emails with Shirley regarding earnest money for 2650 Stone Creek Circle. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Feb-19-14 | BAS | Email correspondence with Shirley McCollister regarding Motion to Sell 2650 Stone Creek. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Feb-27-14 | BAS | Additional email correspondence with Buyer Stephanie Lawrence regarding Bankruptcy process. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Mar-24-14 | BAS | Prepare Support Document for Motion to Sell 2650 Stone Creek Circle, mail to service list. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Mar-27-14 | PLGL | Receive and review email from Shirley McCollister regarding 7074 Eaglepoint, Buyers have re-inspected the property and would like to counter our previous counter of $179,900.00, they feel that with the condition of the property and the needed repairs, that their best offer would be $162,000.00, they have deposited 10% earnest money into Olde Town Realtors Trust account, pull previous offers and provide to Brent for review. | 0.20 | hours at | $145.00 /hr | $29.00 |
| Apr-07-14 | BAS | Receive Notice of Hearing for Motion to Sell property located at 2650 Stone Creek Circle, calendar for April 25th at noon, forward Notice to Shirley McCollister and Stephanie Lawrence, email correspondence with Shirley and Stephanie, no one has objected, Judge Preston has set the Hearing. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Apr-25-14 | BAS | Email correspondence regarding Hearing on Motion to Sell, receive and review Memo for Mark Stubbins, Hearing continued to June 27th. | 0.20 | hours at | $325.00 /hr | $65.00 |
| | MWS | Receive and examine and review file for upcoming hearing; review case law in support of Motion to Sell; review email communications with Atty Krasovich; atte3nd hearing with Judge Preston; memo to file | 2.40 | hours at | $325.00 /hr | $780.00 |
| May-09-14 | MWS | Preparation of outline of Memorandum in Support of Motion to Sell 2650 Stone Creek Circle, Zanesville, Ohio 43701. | 1.00 | hours at | $325.00 /hr | $325.00 |
| May-29-14 | BAS | Work on Second Supplement to Motion to Sell 2650 Stone Creek Circle. | 1.50 | hours at | $325.00 /hr | $487.50 |
| May-30-14 | BAS | Continue to work on Second Supplement, revisions to Second Supplement, email to Trustee for approval, telephone calls with Trustee. | 0.70 | hours at | $325.00 /hr | $227.50 |
| Jun-27-14 | BAS | Revisions, per the Court, to Order for Motion to Sell 2650 Stone Creek | 0.50 | hours at | $0.00 /hr | $0.00 |
| | BAS | Attend Hearing on Motion to Sell 2650 Stone Creek.; No Charge | 0.05 | hours at | $0.00 /hr | $0.00 |
| | MWS | Prepare for hearing on Motion to sell; review case law cited in supplemental memorandum; discuss withdrawal of claim issue; review timelines of SWB hiring and approval by court. | 1.60 | hours at | $325.00 /hr | $520.00 |

| Date | Initials | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| | MWS | Attend second hearing on motion to set aside request for Trustee 'carveout' with Judge Preston | 1.40 | hours at | $325.00 /hr | $455.00 |
| Jul-07-14 | BAS | Telephone call Stephanie Lawrence checking the status of the Order for 2650 Stone Creek Circle, inform Ms. Lawrence that the sale was approved and we are awaiting the signed Order from Judge Preston. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Jul-11-14 | BAS | Receive and review updated listing agreements for remaining properties, sign and return to Shirley McCollister. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Jul-15-14 | BAS | Telephone call from Stephanie Lawrence to check the status of 2650 Stone Creek, email to Kelly Story asking for an update on the Order that was uploaded after the June 27th Hearing, receive reply email from Kelly that the Order is before the Judge. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Sep-12-14 | BAS | Receive and review offer in the amount of $162,500.00 for the property located at 7074 Eaglepoint Drive, prepare email to Mary Krasovic, counsel for Bank of America, research Auditor's Value, request 10% carve out to the Bankruptcy Estate. | 0.30 | hours at | $325.00 /hr | $97.50 |
| Sep-22-14 | BAS | Receive reply email from Ted Cahill that he has subbed for Mary Krasovic on the McCarty matter, any correspondence can be directed to him. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Sep-23-14 | BAS | Receive email from Shirley McCollister, Realtor Sally Thompkins called to set up appointment to do a Competative Market Analysis at 7074 Eaglepoint Drive for the bank, tenant is being difficult, will not allow entry into the house. | 0.10 | hours at | $325.00 /hr | $32.50 |
| Sep-29-14 | BAS | Prepare Motion for the Court to Resolve Issue of Closing Costs Relating to 2650 Stone Creek Circle, revisions to Motion. | 1.00 | hours at | $325.00 /hr | $325.00 |
| Oct-02-14 | BAS | Receive and review email from Realtor Shirley McCollister requesting the status of 7074 Eaglepoint Drive, forward to Attorney Ted Cahill for comments. | 0.20 | hours at | $325.00 /hr | $65.00 |
| Oct-07-14 | PLGL | Email to Attorney Ted Cahill requesting an update on the status of the offer on 7074 Eaglepoint Drive, receive reply from Attorney Cahill that his client is still reviewing the offer. | 0.10 | hours at | $145.00 /hr | $14.50 |
| Oct-21-14 | BAS | Receive and review Response to Motion for the Court to Resolve Issue of Closing Costs filed by Ted Cahill on behalf of CitiMortgage, Inc., correspondence with Mark Stubbins and Trustee Hardesty. | 0.30 | hours at | $325.00 /hr | $97.50 |
| Oct-22-14 | BAS | Receive and review email from Ted Cahill, his clients are aware of the offer on 7074 Eaglepoint Drive, he has asked them to approve or disapprove and will follow up regularly. | 0.10 | hours at | $325.00 /hr | $32.50 |
| | BAS | Receive and review Notice of Hearing on Motion for Court to Resolve Issue of Closing Costs, calendar, telephone call Trustee. | 0.20 | hours at | $0.00 /hr | $0.00 |
| | GJS | Prepare Reply to Response to Motion to Resolve Closing Costs | 1.40 | hours at | $175.00 /hr | $245.00 |
| Oct-23-14 | GJS | Revise Reply to Response | 0.40 | hours at | $175.00 /hr | $70.00 |
| Dec-05-14 | BAS | Telephone call Ted Cahill regarding net proceeds to his client from the sale of 2650 Stone Creek, pull the HUD-1 and Trustee's Interim Report, letter to Ted, email correspondence with MaryAnne Wilsbacher. | 0.40 | hours at | $325.00 /hr | $130.00 |
| Dec-08-14 | BAS | Receive and review email from Ted Cahill with attached proposal to settle 2650 Stone Creek Circle matter. | 0.10 | hours at | $325.00 /hr | $32.50 |

| Date | Atty | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| Dec-10-14 | BAS | Telephone call Trustee, email to Ted Cahill regarding proposed settlement, receive response, forward to Trustee and MaryAnne for review, email correspondence with MaryAnne. | 0.50 | hours at | $325.00 /hr | $162.50 |
| Dec-12-14 | BAS | Prepare for and attend Hearing on Objection to Closing Expenses and Trustees Commission on the sale of 2650 Stone Creek Circle. | 1.00 | hours at | $325.00 /hr | $325.00 |
| | MWS | Prepare for hearing on Objection to Closing expenses and Turstee commission; review history of communications; research reasonalbe and necessary expenses; review RC 319 for legal obligation to pay auditior conveyance fee; real estate taxes constitute a lien on the real estate ahead of the secured creditor; review bills for utitliy expenses paid; prepare for testimony by witess Brent Stubbins on customary closing costs and community practice in selling real estate; meet with attorney Cahil prior to hearing and negotiate resolution of everything but Trustee's commission; | 1.40 | hours at | $325.00 /hr | $455.00 |
| | MWS | Prepare Order per Court's request | 0.50 | hours at | $325.00 /hr | $162.50 |
| | MWS | Legal research: research issue of whether trustee commission under 326 is earned on sale of real estate when sale proceeds benefit the secured creditor only; review Section 326, review cases interpreting 326(a); In re Guyana Dev. Corp; In re Robert Plan Corp; In re Circle Investors, Inc., In re Rybka; In re Ward; standard when good faith utilized by Trustee in attempting to benefit unsecured credits, although unsuccessful; case of Gugel v. New Orleans, In re Melenyzer; work on Memorandum in Support of Commission. | 3.70 | hours at | $325.00 /hr | $1,202.50 |
| Dec-15-14 | MWS | Continue legal research: review cases as to whether trustee commission under Section 326 is a fixed fee or whether it is subject to Court review; Hopkins v Asset Acceptance LLC; In re McCombs; In re Johnson; In re Lodestar; review case evolution on Trustee fees | 1.80 | hours at | $325.00 /hr | $585.00 |
| | MWS | Work on Memorandum in Support; review common pleas docket on state court foreclosure filed by CitiMortgage | 0.70 | hours at | $325.00 /hr | $227.50 |
| | MWS | Document preparation: First draft of Memorandum of Case Trustee In Support of AN Order Authorizing Payment of the Trustee's Commission. | 2.60 | hours at | $325.00 /hr | $845.00 |
| Dec-16-14 | MWS | Continue research on memorandum in support of payment of trustee commission; review Eidson case, McCombs subsequent history and use; revise Memorandum | 1.30 | hours at | $325.00 /hr | $422.50 |
| | MWS | Correspondence to client: draft of Trustee's memorandum | 0.10 | hours at | $0.00 /hr | $0.00 |
| | GJS | Revise Memorandum on Trustee Commission | 2.00 | hours at | $175.00 /hr | $350.00 |
| Jan-14-15 | MWS | Make final revisions to Memorandum; talk with client about it | 0.30 | hours at | $325.00 /hr | $97.50 |
| Jan-15-15 | MWS | Phone call with US Trustee Mary Anne: discuss 5% trustee limit; email her our proposed brief. | 0.30 | hours at | $325.00 /hr | $97.50 |
| | MWS | Receive and examine correspondence from US Trustee: Cahill Letter | 0.10 | hours at | $325.00 /hr | $32.50 |
| | MWS | Exchange various emails with client and US Trustee about trustee's commission calculations; review section 326 commission table | 0.30 | hours at | $325.00 /hr | $97.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jan-16-15 | MWS | Receive and examine US Trustee's Brief in Support of Trustee fee | 0.40 hours @ | $325.00 /hr | $130.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL HOURS & FEES | 46.80 | hours | | $13,091.75 |

**ADVANCED EXPENSES**

| Date | Description | Amount |
|---|---|---|
| Dec-04-13 | Utilities paid for 2650 Stone Creek Circle | 60.00 |
| Feb-24-14 | Cost to file Motion to Sell Free and Clear - 2650 Stone Creek. | 176.00 |
| Mar-13-14 | Utilities Paid for 2650 Stone Creek Circle | 120.00 |
| Mar-24-14 | Postage to mail Support Document - Motion to Sell 2650 Stone Creek to service list. | 3.92 |
| | Copies of Support Document - Motion to Sell 2650 Stone Creek to mail to service list. | 8.00 |
| May-01-14 | Postage to mail Supplemental Service for MERS. | 11.64 |
| | Copies of Supplemental Service for MERS. | 19.50 |
| Sep-29-14 | Final Utility Expenses for 2650 Stone Creek Circle | 205.00 |
| Oct-24-14 | Postage to mail Reply to Response to Motion for the Court to Resolve Issue of Closing Costs to service list. | 2.88 |
| | Copies to mail Reply to Response to Motion for the Court to Resovle Issue of Closing Costs to service list. | 12.00 |
| Jan-15-15 | Postage to maile Memorandum in Support of Order Authorizing Payment of Trustee Commission to Service List. | 4.83 |
| | Copies of Memorandum in Support of Order Authorizing Payment of Trustee Commission. | 19.25 |
| | TOTAL OF ADVANCED EXPENSES | $643.02 |

## TRUST STATEMENT

| Date | | Disbursements | Receipts |
|---|---|---|---|
| Jul-29-13 | Received From: HARDESTY/MC CARTY REAL ESTATE CLOSING 7/29/2013 | | 82,500.00 |
| | Paid To: Muskingum County Auditor HARDESTY/MC CARTY | 248.00 | |
| | Paid To: CLYDE HARDESTY, TRUSTEE HARDESTY/MC CARTY | 8,250.00 | |
| | Paid To: ESTATE OF GERALD ALFMAN HARDESTY/MCCARTY | 67,511.10 | |
| | Paid To: MC COLLISER & ASSOCIATES REALTORS HARDESTY/MCCARTY | 5,775.00 | |
| | Paid To: MC COLLISER & ASSOCIATES REALTORS HARDESTY/MCCARTY - Void | -5,775.00 | |
| | Paid To: Muskingum County Treasurer HARDESTY/MCCARTY | 715.90 | |
| | Paid To: Muskingum County Treasurer HARDESTY/MCCARTY - Void | -715.90 | |
| | Paid To: MC COLLISER & ASSOCIATES REALTORS HARDESTY/MCCARTY | 2,887.50 | |
| | Paid To: LEPI AND ASSOCIATES REALTORS HARDESTY/MCCARTY | 2,887.50 | |
| | Paid To: Muskingum County TreasureR HARDESTY/MCCARTY | 160.28 | |
| | Paid To: Muskingum County TreasureR HARDESTY/MCCARTY - Void | -160.28 | |
| | Paid To: Muskingum County Treasurer HARDESTY/MCCARTY | 555.62 | |
| | Paid To: TEXAN ENTERPRISES HARDESTY/MC CARTY | 160.28 | |
| | Total Trust | $82,500.00 | $82,500.00 |

**Trust Balance** $0.00