James B. Wolfe, Attorney at Law, Ltd.
37 S. 7th Street
Zanesville, OH 43701-4301

Invoice submitted to:
Bankruptcy Estate of
Jon W. McCarty & Sharon R. McCarty
c/o Clyde Hardesty, Trustee
P. O. Box 731
Newark, OH 43055

March 22, 2016
In Reference To:   Services rendered for Bankruptcy Estate

Professional Services

|  |  | Rate | Tax# | Amount |
|---|---|---|---|---|
| 10/12/2014 - JBW  Prepared Forms 1041 for the year ended 12/31/13 | | 275.00/hr | | 687.50 |
| 10/9/2015 - JBW  Prepared 2014 Bankruptcy Estate Tax Returns | | 275.00/hr | | 825.00 |
| 3/22/2016 - JBW  For preparation of 2015 Bankruptcy Estate Tax Returns | | 275.00/hr | | 825.00 |
| For professional services rendered | | 8.50 | | $2,337.50 |